IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AUGUSTUS GARLICK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) Case No. CIV-23-288-F |
| | ) |
| PF LAWTON SNF OPS, LLC, STONEGATE SENIOR LIVING, LLC, SANCTUARY LTC, LLC, and PRESERVATION FREEHOLD COMPANY, | ) |
| | ) |
| Defendants. | ) |

## ORDER

The court is in receipt of the Disclosure Statement Identifying Constituents of Defendant StoneGate Senior Living, LP, filed May 4, 2023. Doc. no. 21.

Although the Second Amended Complaint for Damages names "Stonegate Senior Living, LLC" as a defendant and identifies the sole member of the limited liability company as defendant Preservation Freehold Company, a "Texas non-profit company" with a principal place of business in Lewisville, Texas, the disclosure statement represents otherwise. Doc. no. 16, ¶¶ 10, 12, 26, and 27. Specifically, the disclosure statement represents that "StoneGate Senior Living, LP is a Texas limited partnership, which was converted from a Texas limited liability company effective June 22, 2022." Doc. no. 21, ¶ 1. It also represents that the "general partner and limited partners of StoneGate Senior Living, LP are all citizens of Texas." *Id*. at ¶ 2. However, it does not disclose the constituency of StoneGate Senior Living, LP.

To ensure diversity jurisdiction exists over this action, the court will address this matter at the status and scheduling conference, and defendants should be

prepared to disclose the constituency of defendant StoneGate Senior Living, LP[1] at or before the status and scheduling conference.

DATED this 8th day of May, 2023.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

23-0288p003.docx

---

[1] If a general or limited partner of StoneGate Senior Living, LP is an individual, defendants must disclose the individual's state of citizenship as opposed to the individual's state of residence. If a general or limited partner of StoneGate Senior Living, LP is a business entity, then defendants must provide the appropriate jurisdictional information pertaining to that business entity. *See, generally*, 15A James Wm. Moore, Moore's Federal Practice, §§ 102.50-102.57 (3d ed.); Wright & Miller, 13 Federal Practice and Procedure, § 3630.1 (3d ed.) (application of the citizenship rule for unincorporated associations). Defendants must trace the citizenship of StoneGate Senior Living, LP through "however many layers of [] members there may be[.]" *See*, Gerson v. Logan River Academy, 20 F.4th 1263, 1269 n. 2 (10th Cir. 2021).